WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-10-50136-PHX-NVW |
| Plaintiff, ) | |
| vs. ) | |
| Danilo Perdomo-Enamorado, ) | **ORDER** |
| Defendant. ) | |

The detention hearing and a preliminary revocation hearing on the Petition on Supervised Release. was submitted to the Court on August 16, 2010.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk . *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 16th day of August, 2010.

Lawrence O. Anderson
United States Magistrate Judge

_____
Lawrence O. Anderson
United States Magistrate Judge